(97 South. 901)

Ex parte Mrs. J. R. BALLARD. (3 Div. 645.)

(Supreme Court of Alabama. Nov. 8, 1923.)

Certiorari to Court of Appeals.

Powell & Hamilton, of Greenville, for petitioner.

C. H. Roquemore, of Montgomery, opposed.

THOMAS, J. Petition of Mrs. J. R. Ballard for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Sovereign Camp, W. O. W., v. Ballard, 97 South. 895.

Writ denied.